UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80021-T/P-Hurley

UNITED STATES OF AMERICA,

v.

EDWIN MURSEA-CAMPOS,

Defendant.

_____/



FILED by _____ D.C.

SEP 1 2 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

The Defendant appeared before the Court on September 11, 2013, represented by counsel, for a hearing on violation of supervised release. In a sworn statement, the Defendant represented that his true name is WILSON ALEXANDER CASTILLO-GUERRA. The Defendant was originally convicted of illegal reentry after deportation subsequent to a felony conviction, in violation of 8 U.S.C. §§ 1326(a) and (b)(1). As a result of this conviction, the Defendant was sentenced to 27 months in prison, followed by three years of supervised release.

After serving the prison portion of his sentence, the Defendant commenced his supervised release on May 21, 2010. He is now charged with violating a mandatory condition of his supervised release by failing to refrain from violation of the law in that, on March 18, 2013, he committed the federal offense of illegal reentry after deportation. On April 2, 2013, an Indictment arising out of this incident of illegal reentry was returned against the Defendant and others in related Case No. 13-80080-Cr-Rosenbaum/Matthewman. The Defendant has since been convicted and sentenced in the related case.

1

At the final hearing, the Defendant freely and voluntarily admitted to the violation as charged and expressed his wish to proceed to sentencing as soon as possible.

Accordingly, the Court RECOMMENDS that the District Court accept the Defendant's admissions and find the Defendant guilty of both alleged violations. The Court further RECOMMENDS that this matter be set down for sentencing before the District Court.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this _____ day of September, 2013.


_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE