# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80021-T/P-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

EDWIN MURSEA-CAMPOS,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 11], dated September 12, 2013. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, October 2, 2013**, at **10:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 13th day of September, 2013.

**copy furnished:**
AUSA John C. McMillan, Jr.
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://judgehurley.com